DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| 089P17 | T and A Amusements, LLC; and Crazie Overstock Promotions, LLC v. Patrick McCrory, in his Official Capacity as Governor of the State of North Carolina; Frank L. Perry, in his Official Capacity as Secretary of the North Carolina Department of Public Safety; Mark J. Senter, in his Official Capacity as Branch Head of the Alcohol Law Enforcement Division; Jody Williams, in his Official Capacity as the Chief of Police of the City of Asheboro, North Carolina; and Maynard B. Reid, Jr., in his Official Capacity as the Sheriff of Randolph County | Defs' (McCrory, Perry, Senter, and Williams) PDR Under N.C.G.S. § 7A-31) (COA16-161) | Denied |
| --- | --- | --- | --- |
| 091P17 | Arvel Lee Gentry, a/k/a Arvel Lee, Orville Gentry v. Gary Brooks, Steven Franklin, Sandy McDevitt, Van Franklin (Life Tenant), and J.C. Gentry | Respondents' (Brooks, Franklin, McDevitt, and Franklin) PDR Under N.C.G.S. § 7A-31 (COA16-614) | Denied |
| 099P17 | Mary N. Gurganus v. Charles M. Gurganus | Def's PDR Under N.C.G.S. § 7A-31 (COA16-163) | Denied |
| 104P17 | Alonza H. Ward, Jr., and Marie W. Ward v. Laura C. Ward | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA16-832) <br><br> 2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu* <br><br> 2. Denied |